UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> LSC COMMUNICATIONS, INC., <br><br> Debtors. | 20-CV-5006 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

    This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedure, specifically in Rule 8018, governs this case. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

    SO ORDERED.

Dated: July 1, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge